UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-61874-CIV-MORENO**

JEFFREY D. BIANCHI, on behalf of himself and                                    )
all others similarly situated,

      Plaintiff,

vs.

ZAKHEIM & ASSOCIATES, P.A.,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice **(D.E. 14)**, filed **May 13, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew, if appropriate. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this /// day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record